UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARIUS BUCK** | * | CASE NO. |
| | * | |
| - VERSUS - | * | CIVIL ACTION |
| | * | |
| **SEAN WATSON** | * | SECTION: |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel comes Plaintiff, **DARIUS BUCK**, who files this Complaint against Defendant, **SEAN WATSON,** as follows:

### JURISDICTION & VENUE

**I.**

Jurisdiction of this Honorable Court is based under 28 U.S.C. § 1332 (diversity of citizenship) as the amount in controversy exceeds $75,000.00 per claimant. Venue is proper in accordance with 28 U.S.C. § 1391 (b)(1).

### PARTIES

**II.**

Parties named herein are as follows:

A. Named Complainant herein is:

    1. **DARIUS BUCK**, an individual of the full age of majority and a resident of and domiciled in the State of Texas.

B. Named Respondent herein is:

    1. **SEAN WATSON** an individual of the full age of majority and a resident of and domiciled in the State of Louisiana.

1

## FACTS

III.

On the evening of August 23, 2022, SEAN WATSON, physically battered and assaulted DARIUS BUCK on the campus of Xavier University of Louisiana ("Xavier").

IV.

At the time of the incident, both Plaintiff and Defendant were students at Xavier. Defendant WATSON was in Plaintiff's dorm room at Xavier visiting Plaintiff's roommate when Plaintiff asked Defendant to leave. Upon Defendant's refusal, Plaintiff's roommate also asked for Defendant to leave.

V.

On his way out of the dorm, Plaintiff tapped Defendant on the back. Defendant WATSON turned and punched Plaintiff. Defendant proceeded to beat and choke Plaintiff resulting in severely injuring Plaintiff.

VI.

Due to his injuries inflicted by WATSON, Plaintiff lost consciousness. Plaintiff was sent to the Touro Emergency Room via ambulance. Plaintiff sustained multiple head related fractures and ultimately had to undergo oral surgery.

VII.

The Xavier Campus Police Department and New Orleans Police Department were both called to the scene. New Orleans Police Department arrested WATSON and Xavier campus ultimately issued a restraining order against WATSON pertaining to Plaintiff. An investigation with the Orleans Parish District Attorney's Office is still pending.

VIII.

As a direct result of the incident, Plaintiff, DARIUS BUCK, sustained serious injuries and incurred and will continue to incur in the future medical expenses and other financial losses, for which he is entitled to recover from SEAN WATSON.

IX.

Plaintiff remains in a condition that is affecting his ability to successfully attend regular classes in Xavier and resume what would be a normal life for Plaintiff as a student at Xavier. He has required additional aid from tutors and family members. Plaintiff's mother, JACKIE BUCK, moved to New Orleans in an effort to aid her son in attending doctor appointments, school work, and meals.

**DAMAGES**

X.

As a direct result of the injuries and trauma of the event and its lingering effects, Plaintiff DARIUS BUCK sustained the following damages:

1) Mental anguish;
2) Pain and suffering;
3) Medical costs;
4) Pecuniary losses;
5) Fees associated the relocation of a new dorm on Xavier's campus;
6) Fees associated with obtaining a sufficient tutor;
7) Fees associated with is family's aid; and
8) Any and all other damages which will be shown through discovery and proven at trial.

## CAUSES OF ACTION

### BATTERY

XI.

All preceding paragraphs are re-alleged herein.

XII.

Pursuant to La. C.C. Art. 2315 and Louisiana jurisprudence, SEAN WATSON is liable to Plaintiff DARIUS BUCK for battery. Plaintiff is entitled to recover damages for mental anguish, pain, suffering, and all other proven damages caused by the fault of Defendant, SEAN WATSON, intentionally battering Plaintiff.

XIII.

Defendant SEAN WATSON made harmful or offensive contact with Plaintiff DARUIS BUCK resulting from an act(s) intended for Plaintiff. Defendant intended that his physical contact with Plaintiff would cause Plaintiff to suffer. Defendant intended to bring about a result that invaded the interests of Plaintiff in a way that Louisiana law forbids.

### ASSAULT

XIV.

All preceding paragraphs are re-alleged herein.

XV.

Pursuant to La. C.C. Art. 2315 and Louisiana jurisprudence, SEAN WATSON is liable to Plaintiff DARIUS BUCK for assault. Plaintiff is entitled to recover damages for mental anguish, pain, suffering, and all other proven damages caused by the fault of Defendant, SEAN WATSON, intentionally assaulting Plaintiff.

XVI.

Defendant SEAN WATSON made threats of harmful or offensive contact with Plaintiff DARUIS BUCK. Defendant intended that his threats would result in physical contact with Plaintiff and would cause Plaintiff to suffer. Defendant intended to bring about a result that invaded the interests of Plaintiff in a way that Louisiana law forbids.

## JURY DEMAND

XVII.

Plaintiff hereby demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

XVIII.

**WHEREFORE,** Plaintiff DARIUS BUCK respectfully demands a judgment against respondent SEAN WATSON as follows:

A. Such actual damages to which Plaintiff will prove at trial;

B. Pre-judgment and post-judgment interest;

C. Reasonable attorneys' fees, expenses, and costs;

D. Any such damages or relief to which Plaintiff may be justly entitled to for the injuries, losses, pain and suffering. Complainants pray that the Court award the relief requested; and

E. Trial by jury.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,

**DELISE & HALL**

<u>*s/Jeannette M. Delise Spegele*</u>
**JEANNETTE M. DELISE SPEGELE (#38187)**
**BOBBY J. DELISE T.A. (#4847)**
5190 Canal Blvd., Suite 103
New Orleans, LA 70124
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
jdeliselaw@gmail.com
bdelise@dahlaw.com

- AND -

**ALTON J. HALL, JR. (#20846)**
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Telecopier: (985) 809-5787
ahall@dahlaw.com

**Counsel for Plaintiff,**
**DARIUS BUCK**

<u>**WAIVE SERVICE AT THIS TIME FOR**</u>**:**

**SEAN WATSON**